W. D. KIDDOO, contra.

---

BANKS v. THE STATE.

CRIMINAL LAW. CHARGE OF COURT. MURDER. MANSLAUGHTER.

Where, on a trial for murder, the court, in its charge, grouped together and stated hypothetically the alleged facts constituting the State's theory of the homicide, there being evidence to author-

ize a finding that such facts existed and made a case of murder, and then instructed the jury that if these facts were true, defendant would be guilty of murder, it would be the duty of the court, if the evidence so authorized, to likewise group and state the alleged facts constituting the defendant's theory and making a case of voluntary manslaughter, and to instruct the jury, if this theory be true, he would be guilty of the latter offence; but this duty would not devolve upon the court if the defendant's theory was unsupported by the evidence.           *Judgment affirmed.*

March 26, 1892.  Argued at the last term.

. Before Judge FORT.  Macon superior court.  May term, 1891.

J. W. HAYGOOD, W. H. KIMBROUGH and HINES, SHUBRICK & FELDER, for plaintiff in error.

W. A. LITTLE, attorney-general, by J. H. LUMPKIN, and C. B. HUDSON, solicitor-general, *contra.*

---

